UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| GILBERT FRANKLIN, | ) | Case No. CV 11-3658 DDP (MRW) |
| Petitioner, | ) | |
| vs. | ) | ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |
| LINDA SANDERS, Warden, | ) | |
| Respondent. | ) | |
| _____ | ) | |

    Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the records on file, and the Report and Recommendation of the United States Magistrate Judge. Petitioner has not filed any written Objections to the Report. The Court accepts the findings and recommendation of the Magistrate Judge.

    IT IS ORDERED that Judgment be entered dismissing this action with prejudice.

DATE: _May 29, 2012__         _____

                                         HON. DEAN D. PREGERSON
                                         UNITED STATES DISTRICT JUDGE