UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| GILBERT FRANKLIN, | ) | Case No. CV 11-3658 DDP (MRW) |
|         Petitioner, | ) | |
|    vs. | ) | JUDGMENT |
| LINDA SANDERS, Warden, | ) | |
|         Respondent. | ) | |
| _____ | ) | |

    Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

    IT IS ADJUDGED that this action is dismissed with prejudice.

DATE: _May 29, 2012_          _____

                              HON. DEAN D. PREGERSON
                              UNITED STATES DISTRICT JUDGE